Case:11-80286-swd   Doc #:2   Filed: 06/10/11   Page 1 of 2

Form summon (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Deborah A. Pipe**<br><br>Debtor<br><br>**Deborah A. Pipe**<br><br>Plaintiff<br><br>**Bank of America Home Loans Servicing LP aka, BAC Home Loan Servicing LP**<br><br>Defendant | Case Number 10-14068-swd<br><br>Adv Case Number 11-80286-swd<br><br>Chapter 13<br><br>Honorable Scott W. Dales |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

James R. Oppenhuizen
Keller & Almassian, PLC
2810 East Beltline Lane NE
Grand Rapids, MI 49525

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: June 10, 2011**

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**



## CERTIFICATE OF SERVICE

I, **SARAH J. KUKLEWSKI** _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **ON JUNE 13, 2011** _____ by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**BAC HOME LOANS SERVICING LP, ATTN: ANDRAE GIBSON, 2375 N GLENVILLE DRIVE, RICHARDSON, TX 75082**
**TROTT & TROTT PC, ATTORNEYS FOR BAC HOME LOANS SERVICING LP, ATTN: JAMES BATCHELOR, 31440 NORTHWESTERN HWY, STE. 200, FARMINGTON HILLS, MI 48334**
**UNITED STATES TRUSTEE, 125 OTTAWA NW, STE. 200R, GRAND RAPIDS, MI 49503, BRETT RODGERS CH13 TRUSTEE, 50 LOUIS AVE, GRAND RAPIDS, MI 49501**

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: 6/13/2011   Signature: *[signature]*

Print Name: **SARAH J KUKLEWSKI / KELLER & ALMASSIAN PLC**

Business Address: **2810 E. BELTLINE LANE NE**

City: **GRAND RAPIDS**   State: **MI**   Zip: **49525**