UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

DEBORAH PIPE,

    Debtor.

Case No. DG-10-14068
Chapter 13
HONORABLE SCOTT W. DALES

DEBORAH PIPE,

    Plaintiff,

vs.

BANK OF AMERICA HOME LOANS SERVICING LP (a/k/a BAC HOME LOAN SERVICING LP),

    Defendant.

Adv. Proceeding No. 11-80286-swd

## STIPULATION REGARDING WITHDRAWAL OF BOLHOUSE BAAR & LEFERE PC AS ATTORNEYS FOR DEBORAH PIPE IN ADVERSARY PROCEEDING

Michelle M. McLean (P71393)
Attorneys for Plaintiff
Bolhouse, Baar, & Lefere PC
3996 Chicago Dr. SW
Grandville, MI 49418

Melissa C. Brown (P70468)
**Dykema Gossett PLLC**
Attorneys for Defendant Bank of America, N.A.
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503-2306
Phone: (616) 776-7500
mbrown@dykema.com

NOW COME Deborah Pipe (Plaintiff in this Adversary Proceeding), and Bank of America Home Loans Servicing LP (a/k/a BAC Home Loan Servicing LP), and Bolhouse Baar & Lefere PC and do hereby stipulate to allow Bolhouse Baar & Lefere PC to withdraw as attorneys of record in the above captioned adversary proceeding. The withdrawal of Bolhouse Baar & Lefere

PC is permissible pursuant to Michigan Rule of Professional Conduct 1.16(b) because such withdrawal will not cause a material adverse effect on Plaintiff's interests and Plaintiff insists on a pursuing an objective that counsel considers to be imprudent and against her own best interests.

Dated: March 23, 2012                             /s/ Mark D. Hofstee
                                                  Mark D. Hofstee (P66001)
                                                  Bolhouse, Baar & Lefere, P.C.
                                                  Attorneys for Plaintiff

Dated: March 23, 2012                             /s/ Deporah Pipe
                                                  Deborah Pipe, Plaintiff

Dated: March 23, 2012                             /s/ Melissa C. Brown
                                                  Melissa C. Brown (P70468)
                                                  Dykema Gossett, PLLC
                                                  Attorneys for Defendant